IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS :
LIABILITY LITIGATION (No. VI) :
_____X
: CIVIL ACTION NO. MDL 875
VARIOUS PLAINTIFFS **FILED**:
13-60014
v. AUG - 2 2013 Cases in which Plaintiffs are represented by
MICHAEL E. KUNZ, Clerk Cascino Vaughan Law Offices, listed in
VARIOUS DEFENDANTS By_____ Dep. Clerk Exhibit "A" Attached
-----------------------------------------------------------X

## ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR PRETRIAL DISCOVERY, SETTLEMENT CONFERENCE, AND TRIAL PREPARATION

The Court has identified the case(s) listed in Exhibit "A", attached as being appropriate for referral to the Honorable Magistrate Judge David R. Strawbridge to conduct pretrial procedures, supervision of discovery, settlement conferences, and preparation for trial. The Magistrate Judge may enter such orders as may be necessary to facilitate these tasks.

Inquiries relating to these cases and all matters scheduled hereunder may be directed to the Chambers of the Honorable Magistrate Judge David R. Strawbridge at **(267) 299-7790.**

**THE MAGISTRATE JUDGE MAY IMPOSE SANCTIONS AND/OR COSTS AGAINST ANY PARTY NOT IN COMPLIANCE WITH THIS NOTICE AND THE ORDERS SPECIFICALLY INCORPORATED BY REFERENCE AND ANY ORDERS ISSUED IN FURTHERANCE HEREOF.**

Accordingly, it is **ORDERED** that the Court refers the actions pending in MDL 875 identified in Exhibit "A", attached, to the Honorable Magistrate Judge David R. Strawbridge for proceedings in accordance with this Order.

BY THE COURT:

Date: August 1, 2013

_____ J.
Eduardo C. Robreno

**<u>Exhibit A</u>**

13-60009
13-60011
13-60012
13-60013
13-60014