IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Alice Sebastian, <br><br> Plaintiff, <br> v. <br><br> Owens-Illinois Inc., <br><br> Defendant. | E.D. Pa. Case No. 13-CV-60014 <br><br> *Transfer from W.D. Wisc. 3:13-cv-473* <br><br> *Case File Date: 7/5/2013* |

## Notice of Service

To: All Present and Future Counsel of Record

**TAKE NOTICE** that on August 15, 2013, the following documents in the above captioned matter were served upon all counsel as outlined on the attached Certificate of Service:

- Status Report Pursuant to Administrative Order No. 12

Copies of the above are also available upon request of counsel.

Dated: August 15, 2013

/S/ Michael P. Cascino
Attorney for Plaintiff
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, Illinois 60607
Phone: 312.944.0600
Fax: 312.944.1870
Email1: mcascino@cvlo.com
Email2: ecf.cvlo@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Alice Sebastian,<br><br>                                  Plaintiff,<br>v.<br><br>Owens-Illinois Inc.,<br><br>                                  Defendant. | E.D. Pa. Case No. 13-CV-60014<br><br>*Transfer from W.D. Wisc. 3:13-cv-473*<br><br>*Case File Date: 7/5/2013* |

**Certificate of Service**

---

I, Brett Josef Schmidthuber, a non-attorney, certify under penalties as provided under 28 U.S.C. Sec. 1746 that on August 15, 2013, I served plaintiff's Status Report Pursuant to Administrative Order No. 12 via E-Mail to:

**Counsel for Defendant Owens-Illinois Inc.**
Edward M. Casmere
Brian O. Watson
Matthew J. Fischer
Robert H. Riley
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Phone: 312-258-5500
Email: ecasmere@schiffhardin.com
Email: bwatson@schiffhardin.com
Email: mfischer@schiffhardin.com
Email: rriley@schiffhardin.com


I further certify that on August 15, 2013, I served a copy via U.S. Mail to:

**Owens-Illinois Inc.**
c/o CT Corporation System
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

I declare under penalty of perjury that the forgoing is true and correct.


Executed on August 15, 2013

*/s/ Brett JBS*
_____
Brett Josef Schmidthuber
Legal Assistant
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
Phone: .312.944.0600
Email: bschmidthuber@cvlo.com